IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                15-po-1-slc

MICHAEL HOPKINS,

                Defendant.
_____

      Following a hearing held on March 25, 2015, the parties stipulated to a finding of liability against Michael Hopkins of Violation #3853806, Operating While Under the Influence of an Intoxicant, First Offense.  Defendant Hopkins is ordered to pay a fine in the amount of $350.00 and a surcharge in the amount of $25.00, payable by May 22, 2015.  Defendant's license is revoked for a period of nine months.

      Entered this 26th day of March, 2015.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge